EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
ASHLEY WALTERS, ESQ.
Nevada Bar No. 16338
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:     (702) 363-5100
Facsimile:      (702) 363-5101
E-mail: ecarranza@messner.com
*Attorneys for Defendant*
*COSTCO WHOLESALE CORPORATION*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY DERASMO, an individual, | CASE NO.: 2:22:cv-02043-JAD-DJA |
| Plaintiffs, | |
| vs. | |
| COSTCO WHOLESALE CORPORATION, a Delaware Corporation; DOE INDIVIDUAL RETAIL STORE OWNER, I through X, inclusive; ROE ENTITY RETAIL STORE OWNER, I through X, inclusive; DOE INDIVIDUAL MAINTENANCE CONTRACTORS, I through X, inclusive; DOES INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive. | |
| Defendants. | |

**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**
**(Second Request)**

IT IS HEAREBY STIPULATED by and between Plaintiff, NANCY DERASMO (hereinafter referred to as "Ms. Derasmo" or "Plaintiff"), and Defendant, COSTCO WHOLESALE

CORPORATION (hereinafter referred to as "Costco" or "Defendant"), by and through their respective counsel, to extend the current discovery deadlines by sixty (60) days pursuant to LR IA 6-1 and LRII 26-3 as follows:

**I.   DISCOVERY COMPLETED**

1. Plaintiff served her initial disclosures pursuant to FRCP 26 on December 28, 2022.

2. Costco served its initial disclosures pursuant to FRCP 26 on January 24, 2023.

3. Plaintiff served a First Set of Interrogatories to Costco on February 9, 2023.

4. Plaintiff served a First Set of Requests for Production to Costco on February 9, 2023.

5. Costco served its First Set of Interrogatories to Plaintiff on March 3, 2023.

6. Costco served its First Set of Requests for Production to Plaintiff on March 3, 2023.

7. Costco served its responses to Plaintiff's First Set of Interrogatories on March 21, 2023.

8. Costco served its responses to Plaintiff's Requests for Production on March 21, 2023.

9. Costco served Subpoenas of records from Plaintiff's various health care providers on April 24, 2023.

10. Plaintiff requested deposition dates for Costco's Rule 30(b)(6) representative with a list of topics on May 8, 2023.

11. Plaintiff served her responses to Costco's First Set of Requests for Production on May 12, 2023.

12. Plaintiff served her responses to Costco's First Set of Interrogatories on May 15, 2023.

. . . .

## II. DISCOVERY TO BE COMPLETED

1. Responses to Costco's Subpoena of records from Plaintiff's various health care providers.

2. Deposition of Plaintiff.

3. Deposition of Costco personnel.

4. Deposition of additional fact witnesses, and/or employees of Defendant.

5. Depositions of Plaintiff's health care providers.

6. Costco's Expert disclosures.

7. Plaintiff's expert disclosures.

8. Depositions of Plaintiff's experts.

9. Deposition of Costco's experts.

10. All other discovery that may become necessary as litigation continues.

## III. REASONS THAT DISCOVERY HAS NOT BEEN COMPLETED

Pursuant to LRII 26-3, this Court is permitted to extend discovery deadlines where the parties have shown good cause for the same and where the parties' request is made at least twenty-one (21) days before the discovery cut-off date. *See* LR IA 6-1.

Initially, the Parties engaged in discussions and reaching an agreement as to the confidentiality and protective order which was crafted and filed with this Court.  The Order provides protection to the parties with respect to any confidential and/or proprietary documents and information which may be requested and produced in this case so as to expedite the production of the same.  This took some time to finalize and have submitted to this Court.

The parties have acted in good faith in attempting to comply with discovery deadlines. The parties are attempting to schedule depositions of Plaintiff and Costco's 30(b)(6) representative.  The

parties are in the midst of gathering all relevant information and request additional time to be able to complete the remaining discovery.

Additionally, settlement discussion have begun between the parties.  The discussions are ongoing and, in order to conserve the Court's time and resources, the parties are requesting additional time to come to an agreement outside of court.

Accordingly, the parties respectfully request that the discovery deadlines be extended for a period of sixty (60) days as noted below. Counsel are in no way attempting to unnecessarily delay discovery in this matter, further, the parties believe that this extension will not affect the trial date.

IV. **CURRENT SCHEDULE FOR COMPLETING DISCOVERY**

| | |
|---|---|
| Close of Discovery: | August 11, 2023 |
| Amendment of Pleading and Adding Parties: | Closed |
| Initial Expert Disclosures: | June 14, 2023 |
| Rebuttal Expert Disclosures: | July 14, 2023 |
| Final Date to File Dispositive Motions: | September 11, 2023 |

V. **PROPOSED SCHEDULE OF DISCOVERY**

| | |
|---|---|
| Close of Discovery: | **October 10, 2023** |
| Amendment of Pleading and Adding Parties: | **Closed** |
| Initial Expert Disclosures: | **August 14, 2023** |
| Rebuttal Expert Disclosures: | **September 11, 2023** |
| Final Date to File Dispositive Motions: | **November 10, 2023** |

. . . .

. . . .

. . . .

## VI. CURRENT TRIAL DATE

There is not a current trial date scheduled on this matter. The parties will agree to a date that is convenient for the Court.

DATED this 16th day of May 2023.

**MESSNER REEVES LLP**

/s/ Edgar Carranza
EDGAR CARRANZA, ESQ. (NBN 5902)
ASHLEY WALTERS (NBN 16338)
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

DATED this 16th day of May 2023.

**G. DALLAS HORTON & ASSOCIATES**

/s/ David Thomas
DAVID THOMAS, ESQ. (NBN 3172)
4435 S. Eastern Ave.
Las Vegas, Nevada 89119
*Attorney for Plaintiff*
NANCY DERASMO

**ORDER**

**IT IS SO ORDERED**

Dated this  18th  day of May, 2023.

_____
UNITED STATE MAGISTRATE JUDGE

# Patti Sherretts

| | |
|---|---|
| **From:** | David Thomas <DThomas@Gdallashorton.com> |
| **Sent:** | Tuesday, May 16, 2023 11:16 AM |
| **To:** | Patti Sherretts |
| **Cc:** | Edgar Carranza; Ashley E. Walters; Vikki Weyandt |
| **Subject:** | RE: Costco adv. Derasmo |

**[ EXTERNAL EMAIL ]**

Looks great.  You can use my signature.  Thanks for drafting it.

**From:** Patti Sherretts <PSherretts@messner.com>
**Sent:** Tuesday, May 16, 2023 11:12 AM
**To:** David Thomas <DThomas@Gdallashorton.com>
**Cc:** Edgar Carranza <ECarranza@messner.com>; Ashley E. Walters <AWalters@messner.com>; Vikki Weyandt <VWeyandt@Gdallashorton.com>
**Subject:** Costco adv. Derasmo

Mr. Thomas:

Please find attached the proposed Stipulation and Order to Continue Deadlines (2nd Request).  Please review and advise if we have your authority to affix your electronic signature.

Thank you.

**PATTI SHERRETTS**
Legal Assistant
**O:** 702.363.5100  **E:** psherretts@messner.com
8945 W. Russell Road, Suite 300, Las Vegas, NV 89148

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in