EDGAR CARRANZA, ESQ.
Nevada Bar No. 5902
ASHLEY WALTERS, ESQ.
Nevada Bar No. 16338
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:    (702) 363-5100
Facsimile:    (702) 363-5101
E-mail: ecarranza@messner.com
*Attorneys for Defendant*
*COSTCO WHOLESALE CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NANCY DERASMO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Delaware Corporation; DOE INDIVIDUAL RETAIL STORE OWNER, I through X, inclusive; ROE ENTITY RETAIL STORE OWNER, I through X, inclusive; DOE INDIVIDUAL MAINTENANCE CONTRACTORS, I through X, inclusive; DOES INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendants. | CASE NO.: 2:22:cv-02043-JAD-DJA<br><br><br><br><br><br>ECF No. 20 |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Defendant, COSTCO WHOLESALE CORPORATION (hereinafter referred to as "Costco"),

by and through counsel, Edgar Carranza, Esq. and Ashley E. Walters, Esq. of the law firm of

MESSNER REEVES, LLP and Plaintiff, NANCY DERASMO, by and through counsel David Thomas, Esq. of G. Dallas Horton & Associates, hereby stipulate as follows:

1.      Plaintiff filed her Complaint on or about October 25, 2022.

2.      Defendant, Costco filed its Answer on or about November 16, 2022.

3.      On November 17, 2022, Plaintiff filed her Petition for Exemption from Arbitration, in which she detailed $46,217.52 in past medical specials.  Costco then confirmed with Plaintiff that she would not be stipulating to limit the value of her case to less than $75,000.

4.      This matter was removed to this Court on December 9, 2022.

5       The parties held their FRCP 26(f) conference on January 11, 2023, after which the parties filed the Stipulated Discovery Plan and Scheduling Order and embarked on discovery.

6.      The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto.

7.      In reaching the resolution Costco does not admit any liability and continues to deny the allegations in the Complaint.  Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, Costco and dismiss this action with prejudice in exchange for the agreed to resolution.

8.      The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement.   Therefore, any and all claims by any other party against Costco are hereby extinguished.

9.      There is no trial date currently set in this matter.

10.     For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice.

. . . .

. . . .

. . . .

MESSNER REEVES LLP

11.     Plaintiff and Defendant, Costco will bear their own attorney's fees and costs related to this litigation.

DATED this 30ᵗʰ day of November, 2023.          DATED this 30ᵗʰ day of November, 2023.

**MESSNER REEVES LLP**                                  **G. Dallas Horton & Associates**

*/s/ Edgar Carranza*                                        */s/ David Thomas*

By: _____          By: _____

Edgar Carranza, Esq.                                      David Thomas, Esq.
Nevada State Bar No. 5902                            Nevada State Bar No. 3172
Ashley E. Walters, Esq.                                  4435 S. Eastern Ave
Nevada State Bar No. 16338                          Las Vegas, NV 89119
8945 West Russell Road, Ste 300                 *Attorneys for Plaintiff*
Las Vegas, Nevada 89148                            NANCY DERASMO
*Attorneys for Defendant*
COSTCO WHOLESALE CORPORATION

## ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.

DATED this 30th day of November, 2023.

_____
United States District Judge

MESSNER REEVES LLP